IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Jasper Simpson, #257158, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No.:4:06-1782-TLW-TER |
| vs. ) | |
| ) | |
| Stan Burtt, Warden, Lieber Correctional ) | |
| Institition, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

# ORDER

On June 14, 2006, the petitioner, Jasper Simpson, ("petitioner") filed the instant *pro se* petition pursuant to 28 U.S.C. § 2254. (Doc.#1). The petitioner is serving twenty (20) years for assault and battery with intent to kill, and a consecutive ten (10) years for armed robbery. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #25). In the Report, Magistrate Judge Rogers recommends that the District Court grant the respondent's motion for summary judgment. (Doc. #25). The plaintiff filed no objections to the Report. Objections were due on February 25, 2008.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #25) and the respondent's motion for summary judgment is granted.

**IT IS SO ORDERED**.

    S/Terry L. Wooten

Terry L. Wooten
United States District Judge

March 4, 2008
Florence, South Carolina